UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19cr14(VLB) |
| | : | |
| v. | : | |
| | : | January 28, 2019 |
| TONY TUAN PHAM, | : | |
|   a.k.a. "Anh Nguyen," | : | |
| SAMUEL COPENHAVER, and | : | |
| CONSTANCE MOERLAND | : | |

## Notice of Related Case

Pursuant to Rule 50(b) of the Local Rules of Criminal Procedure, the Government respectfully notifies the Court that the above-captioned matter is related to two other cases in this Court.

The defendants are alleged to have conspired to deceive the Federal Bureau of Prisons by assisting, for a fee, prospective and current federal inmates who did not have substance abuse disorders and who did not require substance abuse treatment, to fraudulently gain admission to the Residential Drug Abuse Program. One of the cooperating witnesses assisting the government's investigation (referred to in the indictment as "CW-2") is ▓▓▓▓▓▓▓▓▓ who was recently sentenced by the Honorable Jeffrey Alker Meyer. *See* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The government expects that ▓▓▓▓▓▓ would testify in any trial in the above-captioned matter. Moreover, the government expects its evidence would include recorded conversations involving, and payments made by, ▓▓▓▓▓▓ another defendant recently sentenced by Judge Meyer. *See* ▓▓▓▓▓▓▓▓▓▓▓▓▓

1

███████     Part of the government's anticipated evidence in this matter was described in the government's presentation at ███████████████████████████

███████

                        Respectfully submitted,

                        JOHN H. DURHAM
                        UNITED STATES ATTORNEY

                        */s/ Avi Perry*

                        AVI M. PERRY
                        SPECIAL ASSISTANT U.S. ATTORNEY
                        United States Attorney's Office
                        157 Church Street, 25th Floor
                        New Haven, CT 06510
                        avi.perry@usdoj.gov
                        203-821-3700
                        Federal Bar No. phv07156

**CERTIFICATE OF SERVICE**

      This is to certify that on January 28, 2019, a copy of the foregoing notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Avi R.

AVI M. PERRY
SPECIAL ASSISTANT UNITED STATES ATTORNEY