UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:19-CR-00014 (JAM) |
| TONY TUAN PHAM | May 22, 2020 |

## **UNOPPOSED MOTION TO CONTINUE SENTENCING**

The defendant, Tony Pham, respectfully moves to continue sentencing from its current date of July 20, 2020. In support of this motion, through counsel, Mr. Pham states:

1. On December 4, 2019, pursuant to a plea agreement reached between the parties, Mr. Pham entered a guilty plea to Count One (18 U.S.C. § 371 – Conspiracy) and Count Nine (18 U.S.C. § 1343 – Wire Fraud) of the Indictment. *See* ECF. No. 79.

2. The Court set sentencing for July 20, 2020.

3. The undersigned requests that this matter be continued for approximately ninety (90) days in order to adequately prepare for, and address sentencing issues that will assist this Court in tailoring an appropriate sentence pursuant to 18 U.S.C. § 3553.

4. In light of the COVID-19 pandemic, Mr. Pham has not been able to finalize preparations that will be critical for this Court to consider when fashioning a sentence pursuant to 18 U.S.C. § 3553.

5. Mr. Pham resides in Michigan, making it difficult to meet with counsel on a regular basis, especially in light of the COVID-19 pandemic. Thus the additional time will ensure that he is adequately prepared.

6. The undersigned has spoken with Assistant United States Attorney, Jonathan Francis, who does not object to the filing of this motion.

7. Mr. Pham is released on bond pending sentencing.

8. The interests that might favor a sentencing on the current scheduled date are outweighed by the interests of justice that will be furthered and served by postponing sentencing.

                                                Respectfully Submitted,

                                                THE DEFENDANT,
                                                Tony Tuan Pham

                                                FEDERAL DEFENDER OFFICE

Date: May 22, 2020                     */s/ Ashley Meskill*
                                                Assistant Federal Defender
                                                10 Columbus Blvd, Floor 6
                                                Hartford, CT 06106
                                                Phone: (860) 493-6260
                                                Bar No.: phv10217
                                                Email: ashley_meskill@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 22, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Ashley H. Meskill*
                                                Ashley H. Meskill