# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

True Copy
ATTEST:
ROBIN D. TABORA
Clerk, U.S. District Court
By_____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   0205 3:19CR00014-001 |
| Tony Tuan Pham | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

| Place: | Honorable Robert M. Spector<br>Richard C. Lee U.S. Courthouse<br>141 Church Street<br>New Haven, Connecticut 06510 | Courtroom No.: | 5 |
|---|---|---|---|
| | | Date and Time: | December 23, 2020   12:00 PM |

This offense is briefly described as follows:
Counterfeit identification

Date: December 18, 2020

_____
*Issuing officer's signature*

Julia Reis, Deputy Clrerk
_____
*Printed Name and Title*

I declare under penalty of perjury that I have:

☐ Executed and returned the summons    ☐ Returned the summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

INSTRUCTIONS: Check this box to lock fields when completed.  Issuing Officer is the Clerk of Court once checked Form CAN NOT be edited, you may want to save this form then check this box.