# UNIVERSITY OF MICHIGAN

Transcripts, Certification and Diploma Department

LSA Building, Suite 5000
500 S. State Street
Ann Arbor, MI 48109-1382
Phone: 734-763-9066   Fax: 734-764-5556
ro.umich.edu

**EXHIBIT H**

## University of Michigan Statement of Authenticity

Transcript of:  Tony Tuan Pham

This official transcript has been transmitted electronically to the recipient, and is intended solely for use by that recipient. If you are not the intended recipient, please notify the Transcripts, Certification and Diploma Department at the University of Michigan. It is not permissible to replicate this document or forward it to any person or organization other than the identified recipient. Release of this record or disclosure of its contents to any third party without written consent of the record owner is prohibited.

This official transcript has been digitally signed and therefore contains special characteristics. If this document has been issued by the University of Michigan, and for optimal results, we recommend that this document is viewed with the latest version of Adobe® Acrobat or Adobe® Reader; it will reveal a digital certificate that has been applied to the transcript. This digital certificate will appear in a pop-up screen or status bar on the document, display a blue ribbon, and declare that the document was certified by the University of Michigan with a valid certificate issued by GeoTrust CA for Adobe®. This document certification can be validated by clicking on the Signature Properties of the document.



The blue ribbon symbol is your assurance that the digital certificate is valid, the document is authentic, and the contents of the transcript have not been altered.



If the transcript is opened using Adobe Acrobat, and does not display a valid certification and signature message, reject this transcript immediately. An invalid digital certificate display means either the digital signature is not authentic, or the document has been altered. A document with an invalid digital signature display should be rejected.



Lastly, one other possible message, Author Unknown, can have two possible meanings: The certificate is a self-signed certificate or has been issued by an unknown or untrusted certificate authority and therefore has not been trusted, or the revocation check could not complete. If you receive this message make sure you are properly connected to the internet. If you have a connection and you still cannot validate the digital certificate on-line, reject this document.

The transcript key and guide to transcript evaluation is the last page of this document.

The current version of Adobe® Reader is free of charge, and available for immediate download at http://www.adobe.com.

If you require further information regarding the authenticity of this transcript, you may email or call the Transcripts, Certification and Diploma Department at the University of Michigan at ro.transcript.orders@umich.edu or 734-763-9066.

# Academic Transcript of: PHAM, TONY TUAN

STUDENT NAME

64252453  
STUDENT ID NUMBER

E184334101-1  
CONTROL NUMBER

25-Jun-2021  
DATE ISSUED

Page 1

## UNIVERSITY OF MICHIGAN
OFFICE OF THE REGISTRAR - ANN ARBOR, MI 48109-1382

*University Registrar*

### UNIVERSITY OF MICHIGAN DEGREES AWARDED

School/College: Engineering  
Major: Computer Engineering  
Degree: Bachelor of Science in Engineering in Computer Eng, Cum Laude  
Awarded: 23-AUG-1991

### BEGINNING OF UNDERGRADUATE RECORD

Transfer Course Credit Accepted towards  
Undergraduate Engineering

| Fall 1987 | | Undergraduate Engineering | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| ENGR | 103 | P C Fortran | A | 3.00 | 3.00 | 3.00 | 12.00 |
| GEOSCI | 108 | Min Mod World | B | 1.00 | 1.00 | 1.00 | 3.00 |
| MATH | 116 | Anal Geom-Calc II | A | 4.00 | 4.00 | 4.00 | 16.00 |
| PHYSICS | 140 | General Phys I | A | 3.00 | 3.00 | 3.00 | 12.00 |
| PHYSICS | 141 | Elem Lab I | A | 1.00 | 1.00 | 1.00 | 4.00 |
| UMOVE | 136 | Tae Kwon Do | P | 0.00 | 0.00 | 0.00 | 0.00 |
| **Term Total** | | | | 12.00 | 12.00 | 12.00 | 47.00 |
| | | GPA: 3.916 | | | | | |

| Winter 1988 | | Undergraduate Engineering | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| ENGLISH | 125 | Intro Composition | C+ | 4.00 | 4.00 | 4.00 | 9.20 |
| MATH | 215 | Anl Geom-Calc III | C+ | 4.00 | 4.00 | 4.00 | 9.20 |
| PHYSICS | 240 | General Phys II | A- | 3.00 | 3.00 | 3.00 | 11.10 |
| PHYSICS | 241 | Elem Lab II | C- | 1.00 | 1.00 | 1.00 | 1.70 |
| **Term Total** | | | | 12.00 | 12.00 | 12.00 | 31.20 |
| | | GPA: 2.600 | | | | | |

| Spring/Summer 1988 | | Undergraduate Engineering | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| ENGR | 400 | Co-Op Educ Engr | ## | 0.00 | 0.00 | 0.00 | 0.00 |
| **Term Total** | | | | 0.00 | 0.00 | 0.00 | 0.00 |

| Fall 1988 | | Undergraduate Engineering | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| ECON | 201 | Principle Econ I | A- | 4.00 | 4.00 | 4.00 | 14.80 |
| EECS | 213 | Network Analysis | C+ | 4.00 | 4.00 | 4.00 | 9.20 |
| EECS | 280 | Prog&Data Struct | A | 4.00 | 4.00 | 4.00 | 16.00 |
| MATH | 216 | Intro Diff Equat | A- | 4.00 | 4.00 | 4.00 | 14.80 |
| MECHENG | 101 | Intro to Cad | W | 2.00 | 0.00 | 0.00 | 0.00 |
| **Term Total** | | | | 18.00 | 16.00 | 16.00 | 54.80 |
| | | GPA: 3.425 | | | | | |

| Winter 1989 | | Undergraduate Engineering | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| ENGR | 400 | Co-Op Educ Engr | ## | 0.00 | 0.00 | 0.00 | 0.00 |
| **Term Total** | | | | 0.00 | 0.00 | 0.00 | 0.00 |

| Spring/Summer 1989 | | Undergraduate Engineering | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| ENGR | 400 | Co-Op Educ Engr | ## | 0.00 | 0.00 | 0.00 | 0.00 |
| **Term Total** | | | | 0.00 | 0.00 | 0.00 | 0.00 |

| Fall 1989 | | Undergraduate Engineering | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| EECS | 270 | Logic Design | A | 4.00 | 4.00 | 4.00 | 16.00 |
| EECS | 300 | Math Sys Anal | A | 3.00 | 3.00 | 3.00 | 12.00 |
| EECS | 303 | Alg Foun Comp Eng | B+ | 3.00 | 3.00 | 3.00 | 9.90 |
| EECS | 313 | Basic Elect Ckts | A | 4.00 | 4.00 | 4.00 | 16.00 |
| **Term Total** | | | | 14.00 | 14.00 | 14.00 | 53.90 |
| | | GPA: 3.850 | | | | | |

| Winter 1990 | | Undergraduate Engineering | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| EECS | 360 | Dyn Sys&Modeling | B | 4.00 | 4.00 | 4.00 | 12.00 |
| EECS | 370 | Intro Computr Org | B- | 4.00 | 4.00 | 4.00 | 10.80 |
| EECS | 381 | Assembl Lang Prog | A- | 3.00 | 3.00 | 3.00 | 11.10 |
| STATS | 412 | Intro Prob Stat | A | 3.00 | 3.00 | 3.00 | 12.00 |
| **Term Total** | | | | 14.00 | 14.00 | 14.00 | 45.90 |
| | | GPA: 3.278 | | | | | |

Continued next page >

YOU, YOUR AGENTS, OR EMPLOYEES WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT IN ACCORDANCE WITH THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974. ANY ALTERATION OR MODIFICATION OF THIS RECORD OR ANY COPY THEREOF MAY CONSTITUTE A FELONY AND/OR LEAD TO STUDENT DISCIPLINARY SANCTIONS.

This Transcript is printed on security paper with a blue background and the seal of the University of Michigan. A raised seal is not required.

A BLACK AND WHITE TRANSCRIPT IS NOT AN ORIGINAL

Case 3:19-cr-00014-JAM   Document 175-8   Filed 11/08/21   Page 3 of 4

# Academic Transcript of: PHAM, TONY TUAN

STUDENT NAME

STUDENT ID NUMBER: 64252453
CONTROL NUMBER: E184334101-1
DATE ISSUED: 25-Jun-2021
Page 2

## UNIVERSITY OF MICHIGAN
OFFICE OF THE REGISTRAR - ANN ARBOR, MI 48109-1382




University Registrar

### Fall 1990 — Undergraduate Engineering

| | | | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| EECS | 380 | Data Struct&Algor | B+ | 4.00 | 4.00 | 4.00 | 13.20 |
| EECS | 400 | Lin Sp Matrix Thy | A- | 3.00 | 3.00 | 3.00 | 11.10 |
| EECS | 442 | Computer Vision | A | 3.00 | 3.00 | 3.00 | 12.00 |
| EECS | 484 | Database Mgt Sys | B- | 3.00 | 3.00 | 3.00 | 8.10 |
| MECHENG | 282 | Elem Mfg Syst | B | 3.00 | 3.00 | 3.00 | 9.00 |
| **Term Total** | | | | 16.00 | 16.00 | 16.00 | 53.40 |

GPA: 3.337

### Winter 1991 — Undergraduate Engineering

| | | | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| EECS | 470 | Computer Architec | C- | 4.00 | 4.00 | 4.00 | 6.80 |
| EECS | 492 | Intro Art Intell | A- | 4.00 | 4.00 | 4.00 | 14.80 |
| EECS | 499 | Directed Study | B+ | 3.00 | 3.00 | 3.00 | 9.90 |
| IOE | 333 | Human Performance | B | 3.00 | 3.00 | 3.00 | 9.00 |
| TCHNCLCM | 498 | Tech Writing | IA- | 3.00 | 3.00 | 3.00 | 11.10 |
| **Term Total** | | | | 17.00 | 17.00 | 17.00 | 51.60 |

GPA: 3.035

**Undergraduate Engineering**
**Cumulative Total**   GPA: 3.344   101.00   129.00   337.80

### Winter 1989 — Academic Outreach

| | | | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| ENGR | 400 | Co-Op Educ Engr | ## | 0.00 | 0.00 | 0.00 | 0.00 |
| **Term Total** | | | | 0.00 | 0.00 | 0.00 | 0.00 |

**Academic Outreach**
**Cumulative Total**   0.00   0.00   0.00   0.00

### END OF UNDERGRADUATE RECORD

### BEGINNING OF GRADUATE RECORD

### Fall 1991 — Rackham

| | | | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| EECS | 478 | Switch & Seq Sys | B | 3.00 | 3.00 | 3.00 | 15.00 |
| EECS | 590 | Eecs Intr Seminar | S | 1.00 | 0.00 | 1.00 | 0.00 |
| **Term Total** | | | | 4.00 | 3.00 | 4.00 | 15.00 |

GPA: 5.000

### Winter 1992 — Rackham

01/15/1993 Withdrew

| | | | Grade | Hours | MSH | CTP | MHP |
|---|---|---|---|---|---|---|---|
| EECS | 483 | Compiler Constr | W | 4.00 | 0.00 | 0.00 | 0.00 |
| EECS | 579 | Digital Sys Test | W | 3.00 | 0.00 | 0.00 | 0.00 |
| **Total Elected Term Hours** | | | | 7.00 | 0.00 | 0.00 | 0.00 |

Rackham
**Cumulative Total**   GPA: 5.000   3.00   4.00   15.00

### END OF GRADUATE RECORD

**End of Transcript**
Total Number of Pages 2

---

YOU, YOUR AGENTS, OR EMPLOYEES WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT IN ACCORDANCE WITH THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974.
ANY ALTERATION OR MODIFICATION OF THIS RECORD OR ANY COPY THEREOF MAY CONSTITUTE A FELONY AND/OR LEAD TO STUDENT DISCIPLINARY SANCTIONS.

This Transcript is printed on security paper with a blue background and the seal of the University of Michigan. A raised seal is not required.

A BLACK AND WHITE TRANSCRIPT IS NOT AN ORIGINAL

# TRANSCRIPT GUIDE

## DEFINITION OF AN OFFICIAL TRANSCRIPT
An Official Transcript is one that has been received directly from the issuing institution. It must bear the University seal, date and signature of the registrar. Transcripts received that do not meet these requirements should not be considered official and should be routinely rejected for any permanent use. This definition of an official transcript has been endorsed by the Michigan Association of Collegiate Registrars and Admissions Officers.

## ACCREDITATION
The three campuses of the University of Michigan are accredited by the North Central Association of Colleges and Schools - Higher Learning Commission. Many of the departments and programs within the University are also accredited by various agencies. Detailed information about these agencies and the accreditation process is available from the Dean's office of each academic unit.

## CALENDAR
The University of Michigan operates under the trimester calendar. A unit of credit is a semester hour.

## ELIGIBILITY FOR ENROLLMENT
Unless otherwise indicated, a student is eligible to enroll.

## EXPLANATION OF COLUMN HEADINGS
HRS = Elected Hours/Units; MSH = GPA Semester Hours; CTP = Credit Toward Program; MHP = GPA Honor Points.

## ABBREVIATIONS FOR CREDIT CONDITIONS
AGC = Approved for Graduate Credit; CBE = Credit by Exam; DCO = Degree Credit Only; NDC = Not for Undergraduate degree credit; NFC = Not for Credit; NGD = Not for Graduate Degree Credit; REP = Repetition.

## STUDY ABROAD
Study abroad credit is considered upper level unless otherwise noted.

## LETTER GRADES
9.0 GRADING SCALE (A+ through B = Pass unless otherwise noted)
A+ = 9.0; A = 8.0; A- = 7.0; B+ = 6.0; B = 5.0; B- = 4.0; C+ = 3.0; C = 2.0; C- = 1.0; D+ = 0.0; D = 0.0; D- = 0.0; E = 0.0.

4.4 GRADING SCALE
A+ = 4.4; A = 4.0; A- = 3.7; B+ = 3.4; B = 3.0; B- = 2.7; C+ = 2.4; C = 2.0; C- = 1.7; D+ = 1.4; D = 1.0; D- = 0.7; E = 0.0.

4.3 GRADING SCALE
A+ = 4.3; A = 4.0; A- = 3.7; B+ = 3.3; B = 3.0; B- = 2.7; C+ = 2.3; C = 2.0; C- = 1.7; D+ = 1.3; D = 1.0; D- = 0.7; E = 0.0.

4.0 GRADING SCALE
A+ = 4.0; A = 4.0; A- = 3.7; B+ = 3.3; B = 3.0; B- = 2.7; C+ = 2.3; C = 2.0; C- = 1.7; D+ = 1.3; D = 1.0; D- = 0.7; E = 0.0.

## ADDITIONAL GRADES
EX = EXCELLENT; GD = GOOD; PS = PASS; LP = LOW PASS; F = FAIL (EX, GD, PS and LP = Pass)
CR = Credit; NC = No credit; S = Satisfactory; U = Unsatisfactory; P = Pass; F = Fail
I = Incomplete (I OR IL followed by a letter grade indicates an initial incomplete that has been given a final grade.); NR = No grade reported;
## = Grade not submitted; ED = Unofficial drop; VI = Audit or Visit; W = Withdrew from course; Y = Extended multi-term class
M = Marginal; IPL = Incomplete Permanent Lapse; NRC = No Record COVID, a non-passing grade used to address a global pandemic

## COMPUTATIONS FOR TERM OR CUMULATIVE GPA: Term GPA = Term MHP/Term MSH; Cumulative GPA = Cumulative MHP/Cumulative MSH; Example: 42.0 MHP/12.0 MSH = 3.5 GPA.